FILED

07 NOV 28 PM 5:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: __PDL__ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  07 CR 3210 W

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE MACEDO-DE LA CRUZ, | |
| Defendant. | |

The grand jury charges:

On or about November 5, 2007, within the Southern District of California, defendant JOSE MACEDO-DE LA CRUZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

WDK:em:San Diego
11/26/07

It is further alleged that defendant JOSE MACEDO-DE LA CRUZ was removed from the United States subsequent to March 4, 2003.

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. DOUGLAS KEEHN
Assistant U.S. Attorney

2