UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**JOSE MACEDO-DE LA CRUZ,**<br><br>    Defendant. | Criminal No. 07-CR-3210<br><br>**PROOF OF SERVICE** |

    I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

    I am not a party to the above-entitled action. I served the within **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS**, on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

    Judge Thomas J. Whelan efile_Whelan@casd.uscourts.gov.

    Assistant United States Attorney Rebecca.Kanter@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007.

                            /s/   Robert L. Swain
                            ROBERT L. SWAIN