1  **ROBERT L. SWAIN**
   Attorney at Law
2  California Bar No. 144163
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1494
4  Facsimile: (619) 544-1473

5  Attorney for Defendant **Macedo**

6

7                       UNITED STATES DISTRICT COURT

8                      SOUTHERN DISTRICT OF CALIFORNIA

9                          (HON. THOMAS J. WHELAN)

10 | UNITED STATES OF AMERICA,      )   Case No. 07-CR-3210
                                    )
11 |         Plaintiff,              )   Date: March 3, 2008
                                    )   Time: 2:00 p.m.
12 | v.                              )
                                    )   **NOTICE OF MOTION AND MOTION**
13 | **JOSE MACEDO-DE LA CRUZ,**     )   **TO:**
                                    )          **DISMISS THE**
14 |                                )          **INDICTMENT FOR**
                                    )          **INVALID DEPORTATION;**
15 |         Defendant.              )
                                    )
16 |                                )
                                    )
17 | _____)

18 TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
        REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY
19
       PLEASE TAKE NOTICE that on March 3, 2008 or as soon thereafter as counsel may be
20
   heard, the defendant, Jose Macedo-De La Cruz, by and through his counsel, Robert L. Swain,
21
   will move this Court to grant the above-entitled motion.
22
   //
23
   //
24
   //
25
   //
26
   //
27

28

**MOTION**

The defendant, Jose Macedo-De La Cruz, by and through his counsel, Robert L. Swain, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to:

Dismiss the indictment for invalid deportation.

This motion is based upon the attached memorandum, the files and records in the above-captioned matter, the attached exhibits, and any and all other evidence brought before this court before or during the hearing on this motion.

Respectfully submitted,

Dated: February 15, 2008

/s/ Robert L. Swain
**ROBERT L. SWAIN**
Attorney for Defendant **Macedo de la Cruz**