# EXHIBIT A
Administrative Order

# FINAL ADMINISTRATIVE REMOVAL ORDER
## UNDER SECTION 238A(b) OF THE
## IMMIGRATION AND NATIONALITY ACT

File No.: ███████

Date: _____

To: _____Jose MACEDO-De La Cruz_____

Address: _____C/O U.S. ICE Detention & Removal, 77 Forsyth St., Atlanta, GA 30303_____
(Number, street, city state and ZIP code)

Telephone: ███████_____
(Area code and phone number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Immigration and Naturalization Service, make the following finding of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction of an aggravated felony as defined in section 101(a)(43) of the Act, 8 U.S.C. 1101(a)(43), and are ineligible for any relief from removal that the Attorney General may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in me as the Attorney General's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to _____MEXICO_____ or to any alternate country prescribed in Section 241 of the Act.

_____
(Signature of Authorized INS Official)

Juan A. Campos, Deputy Field office Director
(Title of Official)

ATLANTA, GA
(Date and office location)

Petition for review:  ☐ Waived by respondent.
                     ☐ Reserved by respondent.

---

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

_____
(Date, time, place, and manner of service)

_____
(Signature and title of officer)

Form I-851A (Rev. 4-1-97)N

85