# EXHIBIT C
Criminal Charge

Agency No. 020400031          DC No. 2002-234                    G. J. No. 2003049

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, in the presence of at least 11 other jurors, and filed in open court this 14 day of January, 2003.

_____    _____    _1-15-2003_
Grand Jury Foreperson      Clerk of the Circuit Court          Date
                           of CULLMAN County
                           Thirty-Second Judicial Circuit

## INDICTMENT

### THE STATE OF ALABAMA
vs.

JOSE MACEDO   WM 08/17/1980
Hair: BLK  Eyes: BRO  Height: 5 ft 1 in  Weight: 125  SID:      SSN:
Address: 429 CLEVELAND AVENUE, S.W., CULLMAN, AL 35055
*alias*
*None Reported*

**CHARGES:**
1. TRAFFICKING IN METHAMPHETAMINE    CLASS: A   TYPE: F
2. UNLAWFUL POSSESSION OF DRUG PARAPHERNALIA    CLASS: A   TYPE: M

No Prosecutor.

Previous Bond $ None    Bail fixed at $ 500,000.00 this 15th day of Jan, 2003.
magistrate set at $1,000,000.00

_____
Judge Presiding

THE STATE OF ALABAMA                                          CIRCUIT COURT
CULLMAN COUNTY
                                                              JANUARY 2003
Prosecutor:         RECORDED IN INDICTMENT
                    RECORD 65  PAGE 54
                                                              LEN BROOKS
                                                              DISTRICT ATTORNEY
                                                              THIRTY-SECOND JUDICIAL

Agency No. 020400031                DC # 2002-234                G. J. No.2003049

THE STATE OF ALABAMA, CULLMAN COUNTY
Circuit Court - Thirty-Second Judical Circuit

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, JOSE MACEDO, whose name is otherwise unknown to the Grand Jury, did, while in Cullman County, Alabama, knowingly sell, manufacture, deliver or bring into this State, or was knowingly in actual or constructive possession of 28 grams or more of methamphetamine or any mixture containing methamphetamine, its salt, optical isomer, or salt of its optical isomer thereof, in violation of Title 13A-12-231(11)a of the Code of Alabama,

### COUNT 2

The Grand Jury of said county further charge that, before the finding of this indictment, JOSE MACEDO, whose name is otherwise unknown to the Grand Jury, did, unlawfully possess, with intent to use, drug paraphernalia, to-wit: a plastic pipe with residue, a further and better description of which is otherwise unknown to the Grand Jury, used or intended to be used, or designed to be used, to inject, ingest, inhale or otherwise introduce into the human body a controlled substance, in violation of Title 13A-12-260 of the CODE OF ALABAMA,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

LEN BROOKS
District Attorney
Thirty-Second Judicial Circuit

