# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Jose Macedo-De La Cruz )

CASE NUMBER 07CR 3210 W

ABSTRACT OF ORDER

Booking No. 05399298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2-25-08 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY